**STATE of Missouri, Respondent,**

v.

**Dennis M. SCHREMPF, Appellant.**

No. 72653.

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 25, 1998.

Daniel J. Bruntrager, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Gregory L. Barnes, Asst. Atty. Gen., Jefferson City, for respondent.

Before PUDLOWSKI, P.J.,and CRANDALL and AHRENS, JJ.

**ORDER**

PER CURIAM.

Defendant, Dennis M. Schrempf, appeals from the judgment entered after a jury convicted him of his third offense of driving while intoxicated. The trial court sentenced defendant to imprisonment for three years. The court suspended execution of the sentence and placed defendant

on probation for three years subject to certain special conditions of probation.

No jurisprudential purpose would be served by a written opinion.

The judgment is affirmed. Rule 30.25(b).